1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5  Attorneys for Plaintiffs CRAIG YATES
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NEW TIN'S MARKET; MEE FONG YU; SUNG TING SUNG SUPERMARKET, INC.; P&L INTERNATIONAL TRADING CO., INC.<br><br>Defendant. | **CASE NO. C07-1403-MJJ**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT MEE FONG YU TO RESPOND TO COMPLAINT** |

Plaintiffs Craig Yates and Disability Rights Enforcement, Education Services, through their undersigned counsel, and defendant Mee Fong Yu, through her undersigned counsel, stipulate as follows:

1.  Defendant Mee Fong Yu, is granted an extension of time to and including June 18, 2007, to answer or otherwise respond to plaintiffs' complaint.

2.  In the event defendant Mee Fong Yu, files a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45 days from the date of service of said motion.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT MEE FONG YU TO RESPOND TO COMPLAINT   1

3. Defendant's counsel further stipulates that defendant will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendants' responsive pleading is due hereunder.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

Dated: May 10, 2007					THOMAS E. FRANKOVICH
							*A PROFESSIONAL LAW CORPORATION*


							By:	/s/
								Jennifer L. Steneberg
							Attorneys for CRAIG YATES and
							DISABILITY RIGHTS ENFORCEMENT,
							EDUCATION SERVICES

Dated: May 9, 2007					MICHAEL DEVIN, ATTORNEY AT LAW


							By:	/s/
								Michael Devin
							Attorney for Defendant MEE FONG YU

**O R D E R**

IT IS SO ORDERED.

Dated: __May 13__, 2007


_____
Martin J. Jenkins
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT MEE FONG YU TO RESPOND TO COMPLAINT  2