THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs CRAIG YATES
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NEW TIN'S MARKET; MEE FONG YU; SUNG TING SUNG SUPERMARKET, INC.; P&L INTERNATIONAL TRADING CO., INC.<br><br>　　　　Defendant. | **CASE NO. C07-1403-MJJ**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS SUNG TING SUNG SUPERMARKET, INC., AND P&L INTERNATIONAL TRADING CO., INC., TO RESPOND TO COMPLAINT** |

　　　　Plaintiffs Craig Yates and Disability Rights Enforcement, Education Services, through their undersigned counsel, and defendants Sung Ting Sung Supermarket, Inc., and P&L International Trading Co., Inc, through their undersigned counsel, stipulate as follows:

　　　　1.　　Defendants Sung Ting Sung Supermarket, Inc., and P&L International Trading Co., Inc, are granted an extension of time to and including June 18, 2007, to answer or otherwise respond to plaintiffs' complaint.

　　　　2.　　In the event defendants Sung Ting Sung Supermarket, Inc., and/or P&L International Trading Co., Inc, file a motion in lieu of an answer to plaintiffs' complaint, the

1  hearing on such motion shall be set on a date no sooner than 45 days from the date of service
2  of said motion.
3      3.    Defendants' counsel further stipulates that defendants will comply with any and
4  all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or
5  any scheduling order issued by the court prior to the date on which defendants' responsive
6  pleading is due hereunder.
7      This Stipulation may be executed in faxed counterparts, all of which together shall
8  constitute one original document.
9      IT IS SO STIPULATED.

10 Dated: May 15, 2007     THOMAS E. FRANKOVICH
    *A PROFESSIONAL LAW CORPORATION*

12     By: /s/
    Jennifer L. Steneberg
13     Attorneys for CRAIG YATES and
    DISABILITY RIGHTS ENFORCEMENT,
14     EDUCATION SERVICES

15 Dated: May 11, 2007     JEFFREY J. CHANG & ASSOCIATES

17     By: /s/
    Jeffrey J. Chang
18     Attorneys for Defendants SUNG TING SUNG
    SUPERMARKET, INC., and P&L
19     INTERNATIONAL TRADING CO., INC.

20     **O R D E R**
21     IT IS SO ORDERED.

23 Dated: ___May 18_____, 2007

25     _____
    Martin J. Jenkins
26     United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS SUNG TING SUNG
SUPERMARKET, INC., AND P&L INTERNATIONAL TRADING CO., INC., TO RESPOND TO COMPLAINT     2